1  James H. Fleming (SBN 042226)
   Eugenia S. Chern (SBN 215092)
2  REED SMITH LLP
   1999 Harrison Street, Suite 2400
3  Oakland, CA  94612-3572

4  **Mailing Address:**
   P.O. Box 2084
5  Oakland, CA  94604-2084

6  Telephone:    510.763.2000
   Facsimile:    510.273.8832
7
   Attorneys for Plaintiff
8  United Investors Life Insurance Company

9                  UNITED STATES DISTRICT COURT

10                 EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED INVESTORS LIFE INSURANCE COMPANY,<br><br>　　　　　　　Plaintiff,<br><br>　　vs.<br><br>DONNA GRANT, individually and as Administrator of the Estate of George H. Grant, HELEN FAUERBACH, JIM GRANT, KENNY GRANT, BRANDON GRANT, and DOES 1 through 20, inclusive,<br><br>　　　　　　　Defendants. | Case No. 2:05-CV-1716-MCE-DAD<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**<br><br><br><br>Honorable Morrison C. England, Jr. |
| DONNA GRANT, individually and as Administrator of the Estate of George H. Grant,<br><br>　　　　　　　Cross-Plaintiff,<br><br>　　vs.<br><br>UNITED INVESTORS LIFE INSURANCE COMPANY, and DOES 1 through 100, inclusive,<br><br>　　　　　　　Cross-Defendants. | |

Sidebar: REED SMITH LLP — A limited liability partnership formed in the State of Delaware

TO THE HONORABLE MORRISON C. ENGLAND, JR., UNITED STATES DISTRICT COURT JUDGE:

IT IS HEREBY STIPULATED by and between plaintiff United Investors Life Insurance Company ("United Investors"), through its attorney of record, and defendant Jim Grant ("Mr. Grant"), that Mr. Grant may have up to and including December 2, 2005 within which to file a responsive pleading to plaintiff's Complaint.

Good cause exists for granting this extension. United Investors and Mr. Grant previously stipulated to a 30-day extension of time to respond to the Complaint. As a result of that extension, Mr. Grant's response is currently due by November 4, 2005. Mr. Grant, however, requires additional time to obtain counsel to represent him in this matter. Accordingly, United Investors and Mr. Grant stipulate and request an extension until December 2, 2005 to respond.

This extension will not alter the date of any event or any deadline already fixed by Court order.

DATED: October 26, 2005.

REED SMITH LLP

By   /s/  Eugenia S. Chern
    James H. Fleming
    Eugenia S. Chern
    Attorneys for Plaintiff
    United Investors Life Insurance Company

///
///
///
///

DATED: October 24, 2005.

By   /s/ Jim Grant
      Defendant Jim Grant

*In Pro Per*

**No further extensions of time to respond to the complaint will be granted.**

**IT IS SO ORDERED.**

DATED: November 2, 2005

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE