**Tim A. Pori (SBN 189270)**
**Shirley E. Gibson (SBN 206829)**
LAW OFFICES OF TIM A. PORI
521 Georgia Street
Vallejo, CA  94590
Telephone: (707) 644-4004

Attorneys for Plaintiff DONNA GRANT

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED INVESTORS LIFE INSURANCE COMPANY,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>DONNA GRANT, individually and as Administrator of the Estate of George H. Grant, HELEN FAUERBACH, JIM GRANT, KENNY GRANT and BRANDON GRANT,<br><br>　　　　　Defendants.<br>_____<br>DONNA GRANT, individually and as Administrator of the Estate of George H. Grant,<br><br>　　　　　Cross-Plaintiff,<br><br>vs.<br><br>UNITED INVESTORS LIFE INSURANCE COMPANY, and DOES 1 through 100, inclusive,<br><br>　　　　　Cross-Defendants.<br>_____ | Case No. 05-01716 MCE DAD<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO "MEET AND CONFER" AND FILE JOINT STATUS REPORT** |

　　　　IT IS HEREBY STIPULATED by and between Plaintiff United Investors Life Insurance Company, through its attorney of record, and Defendant Donna Grant, through her attorney of record, that the time to meet and confer and file a joint status report be extended to and including December 31, 2005.

The reason for the extension is that this court has granted Defendant Jim Grant an extension to December 2, 2005, to answer the Complaint and no other defendants have yet appeared.

LAW OFFICES OF TIM A. PORI

Dated:  11/2/05            By:      /s/   Tim A. Pori
                                    TIM A. PORI
                                    Attorney for Defendant DONNA GRANT

REED SMITH, LLP

Dated:  11/2/05            By:      /s/   Eugenia Chern
                                    EUGENIA CHERN
                                    Attorney for Plaintiff UNITED INVESTORS

**ORDER**

IT IS SO ORDERED.

Dated: November 4, 2005

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE