**Tim A. Pori (SBN 189270)**
**Shirley E. Gibson (SBN 206829)**
LAW OFFICES OF TIM A. PORI
521 Georgia Street
Vallejo, CA 94590
Telephone: (707) 644-4004

Attorneys for Plaintiff DONNA GRANT

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED INVESTORS LIFE INSURANCE COMPANY, <br><br> Plaintiff, <br><br> vs. <br><br> DONNA GRANT, individually and as Administrator of the Estate of George H. Grant, HELEN FAUERBACH, JIM GRANT, KENNY GRANT and BRANDON GRANT, <br><br> Defendants. <br><br>_____ <br><br> DONNA GRANT, individually and as Administrator of the Estate of George H. Grant, <br><br> Cross-Plaintiff, <br><br> vs. <br><br> UNITED INVESTORS LIFE INSURANCE COMPANY, and DOES 1 through 100, inclusive, <br><br> Cross-Defendants. <br>_____ | Case No. 05-1716 MCE DAD <br><br> **STIPULATION AND ORDER CONTINUING THE HEARING ON DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND PLAINTFF'S COUNTER MOTION FOR JUDGMENT ON INTERPLEADER** |

   IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, through their respective counsel, that the hearing on Defendant's Motion for Summary Judgment and Plaintiff's Counter Motion for Judgment in Interpleader and Summary Judgment or

1

1  Alternatively, Partial Summary Judgment, be continued to April 17, 2006, at 9:00 a.m. in
2  Courtroom 3 before the Honorable Morrison C. England.
3      IT IS FURTHER STIPULATED AND AGREED by and between the parties hereto,
4  through their respective counsel, that United Investors life Insurance Company's reply shall be
5  filed and served in accordance with Local Rule 78-230(d) and the new hearing date.
6      Counsel for Defendant Donna Grant requests this continuance as her counsel has a
7  preliminary hearing in a double homicide, capital case set in the Superior Court of Contra Costa
8  County at 9:00 a.m. on March 20, 2006.

LAW OFFICES OF TIM A. PORI

Dated: 2/10/06          By:    /s/   Tim A. Pori
                               TIM A. PORI

REED SMITH LLP

Dated: 2/13/06          By:    /s/ Eugenia Chern (Authorized 2/14/06)
                               EUGENIA CHERN
                               Attorney for Plaintiff/Cross-Defendant
                               UNITED INVESTORS LIFE

**ORDER**

IT IS SO ORDERED.

The hearing on Defendant's Motion for Summary Judgment and Plaintiff's Counter Motion for Judgment on Interpleader is continued to April 17, 2006, at 9:00 a.m. in Courtroom 3 before the Honorable Morrison C. England.

DATE: February 23, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

2