IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED INVESTORS LIFE INSURANCE  NO. CIV.S-05-1716 MCE DAD
COMPANY,

        Plaintiff,

   v.                              ORDER

DONNA GRANT, et al.,

        Defendants.
_____/

       This matter came before the court on December 8, 2006, for hearing on defendant Donna Grant's motion to compel further production of documents from plaintiff United Investors Life Insurance Company. James Fleming appeared on behalf of plaintiff. Tim Pori appeared on behalf of defendant Grant.

       Having considered all written materials submitted in connection with the motion, and after hearing oral argument from the parties, defendant's motion to compel is denied. As set forth in more detail on the record during the hearing, the requests for

1

production at issue seek a broad array of documents most of which appear to be irrelevant to the remaining issues to be resolved in this interpleader action.  Moreover, although the Pretrial Scheduling Order in the case establishes a close of non-expert discovery date of December 11, the motion to compel was not noticed for hearing by counsel for defendant until Friday, December 8.  Even if the requests for production could be modified to seek a far more limited set of documents relevant to the remaining issues, there remains insufficient time under the scheduling order for this court to rule on the motion and for additional discovery to be produced before the close of discovery.  Accordingly, defendant's motion to compel is untimely and must be denied.[1]

DATED: December 11, 2006.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:th
Ddad1\orders.civil\unitedinvestors.oah.120806

---

[1] The denial of the motion to compel is without prejudice.  In this regard, were defendant to obtain a modification of the scheduling order from the assigned district judge extending the time for non-expert discovery, she would be free to refine her discovery requests.  However, as noted at the hearing, the requests for production at issue are of the sort of broad, general requests the court would normally expect to be issued at the outset of discovery, not in the final days of discovery after depositions have been taken and summary judgment motions have been ruled upon.  Defendant's delay in bringing this motion has not been adequately explained.

2