**Daniel J. Russo (SBN 077991)**
MORTON & RUSSO, LLP
521 Georgia Street
Vallejo, CA  94590
Telephone: (707) 644-4004

**Tim A. Pori (SBN 189270)**
LAW OFFICES OF TIM A. PORI
521 Georgia Street
Vallejo, CA  94590
Telephone: (707) 644-4004

Attorneys for Defendant/Cross-Plaintiff DONNA GRANT

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED INVESTORS LIFE INSURANCE COMPANY, <br><br> Plaintiff, <br><br> vs. <br><br> DONNA GRANT, individually and as Administrator of the Estate of George H. Grant, HELEN FAUERBACH, JIM GRANT, KENNY GRANT and BRANDON GRANT, <br><br> Defendants. <br><br> DONNA GRANT, individually and as Administrator of the Estate of George H. Grant, <br><br> Cross-Plaintiff, <br><br> vs. <br><br> UNITED INVESTORS LIFE INSURANCE COMPANY, and DOES 1 through 100, inclusive, <br><br> Cross-Defendants. | Case No. 05-01716 MCE DAD <br><br> **ORDER GRANTING LEAVE TO CONDUCT VIDEO DEPOSITION OF WITNESS GARY MORRIS** <br><br> Trial Date   10/29/07 <br> Time:         9:00 a.m. <br> Courtroom:  3 |

1   This matter having come before the court on Defendant/Cross-Plaintiff DONNA
2   GRANT'S *ex-parte* application for leave to conduct a video deposition of witness Gary Morris,
3   and good cause not appearing therefor,
4   The request of Defendant/Cross-Plaintiff DONNA GRANT to take the video deposition
5   of Gary Morris is DENIED.
6   IT IS SO ORDERED.

Dated: October 18, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE