**Daniel J. Russo (SBN 077991)**
MORTON & RUSSO, LLP
521 Georgia Street
Vallejo, CA 94590
Telephone: (707) 644-4004

**Tim A. Pori (SBN 189270)**
LAW OFFICES OF TIM A. PORI
521 Georgia Street
Vallejo, CA 94590
Telephone: (707) 644-4004

Attorneys for Defendant/Cross-Plaintiff DONNA GRANT

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED INVESTORS LIFE INSURANCE COMPANY | Case No. 05-01716 MCE DAD |
| Plaintiff, | **JOINT STATEMENT OF THE CASE TO BE READ TO THE JURY** |
| vs. | |
| DONNA GRANT, individually and as Administrator of the Estate of George H. Grant, HELEN FAUERBACH, JIM GRANT, KENNY GRANT and BRANDON GRANT, | Trial Date: 10/29/07<br>Time: 9:00 a.m.<br>Courtroom: 3 |
| Defendants. | |
| DONNA GRANT, individually and as Administrator of the Estate of George H. Grant, | |
| Cross-Plaintiff, | |
| vs. | |
| UNITED INVESTORS LIFE INSURANCE COMPANY, and DOES 1 through 100, inclusive, | |
| Cross-Defendants. | |

United Investors Life Insurance Company issued a life insurance policy to George Grant for $500,000. The Policy listed Donna Grant as the beneficiary. George Grant was shot and killed in his bedroom in May of 2004. On June 14, 2004, Donna Grant filed a claim for the policy benefits. Because United Investors claimed it did not know who to pay, it deposited the $500,000, plus interest, with the Court in August 2005 and filed an interpleader action. An interpleader action allows an insurance company that owes money but is not certain who should receive the money, to deposit the money with the Court. The Court can then decide who should receive the money.

Donna Grant claims that United Investors breached the terms of its insurance policy and its duty of good faith and fair dealing by failing to investigate the homicide and taking too long to file the interpleader case. She claims that this delay caused her to suffer economic damages and emotional distress.

United Investors denies Donna Grant's claims. It contends that it acted reasonably, and that Ms. Grant's alleged injuries were not caused by any improper conduct by United Investors.

Respectfully submitted

MORTON & RUSSO

LAW OFFICES OF TIM A. PORI

Dated: October 22, 2007        By:   /s/   Daniel J. Russo
                                     DANIEL J. RUSSO
                                     Attorney for Defendant/Cross-Plaintiff
                                     DONNA GRANT


REED SMITH, LLP

Dated: October 22, 2007        By:    /s/ Eugenia Chern (Authorized 10/22/07)
                                      EUGENIA CHERN
                                      Attorney for Plaintiff/Cross-Defendant
                                      UNITED INVESTORS