**Daniel J. Russo (SBN 077991)**
MORTON & RUSSO, LLP
521 Georgia Street
Vallejo, CA   94590
Telephone: (707) 644-4004

**Tim A. Pori (SBN 189270)**
LAW OFFICES OF TIM A. PORI
521 Georgia Street
Vallejo, CA   94590
Telephone: (707) 644-4004

Attorneys for Defendant/Cross-Plaintiff DONNA GRANT

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED INVESTORS LIFE INSURANCE COMPANY, <br><br> Plaintiff, <br><br> vs. <br><br> DONNA GRANT, individually and as Administrator of the Estate of George H. Grant, HELEN FAUERBACH, JIM GRANT, KENNY GRANT and BRANDON GRANT, <br><br> Defendants. <br> _____ <br> DONNA GRANT, individually and as Administrator of the Estate of George H. Grant, <br><br> Cross-Plaintiff, <br><br> vs. <br><br> UNITED INVESTORS LIFE INSURANCE COMPANY, and DOES 1 through 100, inclusive, <br><br> Cross-Defendants. <br> _____ | Case No. 05-01716 MCE DAD <br><br> **ORDER TO RELEASE INTERPLEADER FUNDS** <br><br> Trial Date:   10/29/07 <br> Time:          9:00 a.m. <br> Courtroom:  3 |

1  The jury having answered the interrogatory from the Court as to whether Cross-Plaintiff Donna Grant is entitled to the funds in the amount of $518,616.44 on deposit with the Court in the affirmative,

 IT IS HEREBY ORDERED that the funds on deposit with this Court be jointly released forthwith to Donna L. Grant (Estudillo) and The Legal Services Trust Fund Account of Tim A. Pori.

 Dated:  November 7, 2007

 _____
 MORRISON C. ENGLAND, JR.
 UNITED STATES DISTRICT JUDGE