1 | **Daniel J. Russo (SBN 077991)**
MORTON & RUSSO, LLP
2 | 521 Georgia Street
Vallejo, CA 94590
3 | Telephone: (707) 644-4004

4 | **Tim A. Pori (SBN 189270)**
LAW OFFICES OF TIM A. PORI
5 | 521 Georgia Street
Vallejo, CA 94590
6 | Telephone: (707) 644-4004

7 | Attorneys for Defendant/Cross-Plaintiff DONNA GRANT

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED INVESTORS LIFE INSURANCE COMPANY, <br><br> Plaintiff, <br><br> vs. <br><br> DONNA GRANT, individually and as Administrator of the Estate of George H. Grant, HELEN FAUERBACH, JIM GRANT, KENNY GRANT and BRANDON GRANT, <br><br> Defendants. <br><br> DONNA GRANT, individually and as Administrator of the Estate of George H. Grant, <br><br> Cross-Plaintiff, <br><br> vs. <br><br> UNITED INVESTORS LIFE INSURANCE COMPANY, and DOES 1 through 100, inclusive, <br><br> Cross-Defendants. | Case No. 05-01716 MCE DAD <br><br> **NOTICE OF MOTION FOR ENFORCEMENT OF JUDGMENT ON SUPERSEDEAS BOND PURSUANT TO LOCAL RULE 65.1-151 AND FEDERAL RULE OF CIVIL PROCEDURE 65.1** <br><br> Date: 12/19/08 <br> Time: 9:00 a.m. <br> Courtroom: 7 |

1  **NOTICE IS HEREBY GIVEN** that on the 19th of December, 2008, counsel for
2  Defendant/Cross-Plaintiff DONNA GRANT shall move this Court to Order defendant UNITED
3  INVESTORS LIFE to post a Supersedeas Bond for 125 percent of Defendant/Cross-Plaintiff
4  DONNA GRANT's judgement of $1,060,000.00 pursuant to Local Rule 65.1-151 and Federal
5  Rule of Civil Procedure Rule 65.1.
6      This motion is made on the grounds that Plaintiff/Cross Defendant UNITED
7  INVESTORS LIFE filed a notice of Appeal from the trial court's judgement on October 22, 2008
8  and Defendant/Cross-Plaintiff DONNA GRANT's wishes to move this court for an order
9  directing Plaintiff/Cross Defendant UNITED INVESTORS LIFE to post a supersedeas bond as
10 required.
11     This motion will be based upon this Notice, the Memorandum of Points and Authorities,
12 and the Arguments of counsel at the hearing on Defendant/Cross-Plaintiff DONNA GRANT's
13 hearing on her application for an order to direct Plaintiff/Cross Defendant UNITED
14 INVESTORS LIFE to post a supersedeas bond as required.

                                         Respectfully submitted

                                         LAW OFFICES OF TIM A. PORI

Dated: October 22, 2008.          By:    /s/   Tim A. Pori
                                              TIM A. PORI
                                              Attorney for Defendant/Cross-Plaintiff
                                              DONNA GRANT