**Daniel J. Russo (SBN 077991)**
MORTON & RUSSO, LLP
521 Georgia Street
Vallejo, CA  94590
Telephone: (707) 644-4004

**Tim A. Pori (SBN 189270)**
LAW OFFICES OF TIM A. PORI
521 Georgia Street
Vallejo, CA  94590
Telephone: (707) 644-4004

Attorneys for Defendant/Cross-Plaintiff DONNA GRANT

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED INVESTORS LIFE INSURANCE COMPANY, <br><br> Plaintiff, <br><br> vs. <br><br> DONNA GRANT, individually and as Administrator of the Estate of George H. Grant, HELEN FAUERBACH, JIM GRANT, KENNY GRANT and BRANDON GRANT, <br><br> Defendants. <br><br> DONNA GRANT, individually and as Administrator of the Estate of George H. Grant, <br><br> Cross-Plaintiff, <br><br> vs. <br><br> UNITED INVESTORS LIFE INSURANCE COMPANY, and DOES 1 through 100, inclusive, <br><br> Cross-Defendants. | Case No. 05-01716 MCE DAD <br><br> **POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR ENFORCEMENT OF JUDGMENT ON SUPERSEDEAS BOND** <br><br> Date:       12/19/08 <br> Time:       9:00 a.m. <br> Courtroom:   7 |

1   Local Rule 65.1-151(b) provides that "[o]n it own motion or on a motion of a party, the
2   Court may at any time order a party to give security, bond or undertaking in such amount as the
3   Court may deem appropriate. . " .See Local Rule 65.1-151(b)
4   Local Rule 65.1-151 further provides that "[w]hen required, a supersedeas bond shall be
5   125 percent of the amount of the judgement unless the court deems otherwise." See Red. R. Civ.
6   P. 62.
7   Federal Rule of Civil Procedure 65.1 states: "Whenever these rules, including the
8   Supplemental Rules for Certain Admiralty and Maritime Claims, require or permit the giving of
9   security by a party, and security is given in the form of a bond or stipulation or other undertaking
10  with one or more sureties, each surety submits to the jurisdiction of the court and irrevocably
11  appoints the clerk of the court as the surety's agent upon whom any papers affecting the surety's
12  liability on the bond or undertaking may be served. *The surety's liability may be enforced on*
13  *motion without the necessity of an independent action.* ..." See Red. R. Civ. P. 65.1 (Emphasis
14  added.)
15  Rule 65.1 provides for summary proceedings for the enforcement of the liability of a
16  surety. See *Bass v. First Pac. Networks, Inc.*, 219 F.3d 1052, 1055 (9th Cir.2000),
17  *Dragor Shipping Corp. v. Union Tank Car Co.*, 371 F.2d 722, 724 (9th Cir.1967) ( Rule 65.1
18  pertains only to security required or permitted under some provision of the Federal Rules of Civil
19  Procedure); see also Fed. R.App. P. 8(b). It was intended to provide a uniform rule for summary
20  proceedings against sureties on bonds required or permitted under original Rules 65 and 73. See
21  Advisory Comm. Notes to Fed.R.Civ.P. 65, 1966 Amendment; 11A Wright, Miller & Kane,
22  Federal Practice and Procedure: Civil 2d § 2971 (2d ed.1995). The rule, however, is permissive.
23  Thus, a surety's liability may be enforced under either Rule 65.1's summary procedure or through
24  an independent action initiated in state or federal courts. See 11A Wright, Miller & Kane, Civil
25  2d § 2972; 28 U.S.C § 1352 (providing for federal court jurisdiction to enforce bonds).
26  The supersedeas bond also ensures that appellee will be able to collect the judgement
27  (plus interest) should the court of appeals affirm the judgment. [See *Rachel v. Banana Republic,*
28

1  *Inc.*, 831 F.2d 1503, 1505 fn. 1 (9th Cir.1987).

2       Because Plaintiff/Cross Defendant UNITED INVESTORS LIFE has filed a notice of
3  appeal of the judgement of this court, Defendant/Cross-Plaintiff DONNA GRANT's respectfully
4  requests that this court issue an order directing Plaintiff/Cross Defendant UNITED INVESTORS
5  LIFE to post a supersedeas bond as required so that she may collect her judgment should she
6  prevail on appeal..

7  Dated: October 22, 2008                    Respectfully submitted

8                                             LAW OFFICES OF TIM A. PORI

10                           By:        /s/   Tim A. Pori
                                        TIM A. PORI
11                                      Attorney for Defendant DONNA GRANT

UNITED INVESTOR'S LIFE V. GRANT, et al.                                            3
POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR SUPERSEDEAS BOND