**Daniel J. Russo (SBN 077991)**
MORTON & RUSSO, LLP
521 Georgia Street
Vallejo, CA 94590
Telephone: (707) 644-4004

**Tim A. Pori (SBN 189270)**
LAW OFFICES OF TIM A. PORI
521 Georgia Street
Vallejo, CA 94590
Telephone: (707) 644-4004

Attorneys for Defendant/Cross-Plaintiff DONNA GRANT

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED INVESTORS LIFE INSURANCE COMPANY,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>DONNA GRANT, individually and as Administrator of the Estate of George H. Grant, HELEN FAUERBACH, JIM GRANT, KENNY GRANT and BRANDON GRANT,<br><br>　　　　　Defendants.<br>_____<br>DONNA GRANT, individually and as Administrator of the Estate of George H. Grant,<br><br>　　　　　Cross-Plaintiff,<br><br>vs.<br><br>UNITED INVESTORS LIFE INSURANCE COMPANY, and DOES 1 through 100, inclusive,<br><br>　　　　　Cross-Defendants.<br>_____ | Case No. 05-01716 MCE DAD<br><br>**[PROPOSED] ORDER DIRECTING UNITED INVESTORS TO POST SUPERSEDEAS BOND**<br><br><br><br>Date:　　　12/19/08<br>Time:　　　9:00 a.m.<br>Courtroom:　7 |

UNITED INVESTOR'S LIFE V. GRANT, et al.　　　　　　　　　　　　　　　　　　　1
[PROPOSED] ORDER REQUIRING SUPERSEDEAS BOND

1   This matter came before the court on Defendant/Cross-Plaintiff DONNA GRANT'S
2   Motion for order requiring UNITED INVESTORS LIFE INSURANCE COMPANY to post a
3   supersedeas bond.
4   The court, having read and considered the moving and responsive documents filed by the
5   parties and being fully advised in this matter and good cause appearing therefor,
6   IT IS HEREBY ORDERED that UNITED INVESTORS LIFE INSURANCE
7   COMPANY is directed to post a supersedeas bond with this Court forthwith in an amount equal
8   to one hundred twenty-five percent (125%) of the judgment entered in this matter on November
9   9, 2007 in the amount of 1,060,000.00.
10  IT IS SO ORDERED.

Dated: _____     _____
                                  JUDGE OF THE UNITED STATES
                                  DISTRICT COURT