UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED INVESTORS LIFE INSURANCE COMPANY,

    Plaintiff,

  v.

DONNA GRANT, individually and as Administrator of the Estate of George H. Grant, HELEN FAUERBACH, JIM GRANT, KENNY GRANT, BRANDON GRANT, and DOES 1 through 20, inclusive,

    Defendants.
_____/

DONNA GRANT, individually and as Administrator of the Estate of George H. Grant,

    Cross-Plaintiff,

  v.

UNITED INVESTORS LIFE INSURANCE COMPANY, and DOES 1 through 100, inclusive,

    Cross Defendants.

No. 2:05-cv-01716-MCE-DAD

**ORDER**

----oo0oo----

1

1      On October 22, 2008, following entry of judgment and denial
2 of the post-trial motions for new trial and judgment as a matter
3 of law submitted on behalf of Plaintiff and Cross-Defendant
4 United Investors Life Insurance Company ("United Investors"),
5 Defendant and Cross-Plaintiff Donna Grant ("Grant") filed a
6 Motion for Enforcement of Judgment on Supersedeas Bond.  That
7 Motion requested that United Investors post a bond in the amount
8 of 125 percent of Grant's judgment against United Investors in
9 the amount of $1,060,000.00 for purposes of protecting Grant's
10 ability to collect the amount of the judgment on appeal should it
11 be affirmed.  Grant's Motion was set for hearing on December 19,
12 2008.
13      On or about November 20, 2008, United Investors posted a
14 bond with this Court in the amount of $1,325,000.00, as requested
15 by Grant.  Grant nonetheless has obtained writs of execution
16 against United Investors' assets and has indicated it will
17 proceed with steps to collect the judgment pursuant to those
18 writs on December 15, 2008, unless the Court approves United
19 Investors' supersedeas bond in the meantime and stays collection
20 of the judgment accordingly.  That prompted United Investors to
21 file a request to shorten time on its own Motion to approve the
22 bond, stay execution of the judgment on appeal, and quash the
23 writs of execution.
24      With respect to Grant's initial Motion for Enforcement of
25 Judgment on Supersedeas Bond, because the requested bond has been
26 filed that Motion is now moot.
27 ///
28 ///

United Investors' request for approval of that bond will be granted. Federal Rule of Civil Procedure 62(d) permits an appellant to obtain a stay of judgment, after filing a notice of appeal, upon court approval of a supersedeas bond on the amount of judgment. Eastern District Local Rule 65.1-151(d) states that "[w]hen required, a supersedeas bond shall be 125 percent of the amount of the judgment unless the Court orders otherwise." As stated above, the bond posted by United Investors on or about November 18, 2008 is $1,325,000.00, or 125 percent of the judgment rendered against United Investors in the amount of $1,060,000.00.

Because the amount of the bond is proper, the Court makes the following orders:[1]

1. Grant's Motion for Enforcement of Judgment on Supersedeas Bond (Docket No. 300) is DENIED as moot;

2. United Investors' Motion for Order Approving Supersedeas Bond, Staying Execution on the Judgment Pending Appeal, and Quashing Writs of Execution (Docket No. 324) is GRANTED. The Court consequently approves United Investors' Supersedeas Bond filed on or about November 20, 2008, and stays all further execution efforts on the judgment pending disposition upon appeal.

///
///
///

---

[1] Because oral argument would not be of material assistance, this matter was deemed suitable for decision without oral argument. E.D. Local Rule 78-230(h).

The Writs of Execution obtained by Grant against United Investors on or about November 18, 2008 are quashed as ineffective.

IT IS SO ORDERED.

Dated: December 9, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

4