1 **Daniel J. Russo (SBN 077991)**
   MORTON & RUSSO, LLP
2  521 Georgia Street
   Vallejo, CA  94590
3  Telephone: (707) 644-4004

4 **Tim A. Pori (SBN 189270)**
   LAW OFFICES OF TIM A. PORI
5  521 Georgia Street
   Vallejo, CA  94590
6  Telephone: (707) 644-4004

7  Attorneys for Defendant/Cross-Plaintiff DONNA GRANT

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED INVESTORS LIFE INSURANCE COMPANY, <br><br>         Plaintiff, <br><br> vs. <br><br> DONNA GRANT, individually and as Administrator of the Estate of George H. Grant, HELEN FAUERBACH, JIM GRANT, KENNY GRANT and BRANDON GRANT, and DOES 1 through 20, inclusive, <br><br>         Defendants. | No.: 2:05-CV-01716-MCE-DAD <br><br> **STIPULATION AND ORDER FOR RELEASE OF SUPERSEDEAS BOND** <br><br> Honorable Morrison C. England, Jr. |
| DONNA GRANT, individually and as Administrator of the Estate of George H. Grant, <br><br>         Cross-Plaintiff, <br><br> vs. <br><br> UNITED INVESTORS LIFE INSURANCE COMPANY, and DOES 1 through 100, inclusive, <br><br>         Cross-Defendants. | |

STIPULATION AND PROPOSED ORDER FOR RELEASE OF SUPERSEDEAS BOND          1

The parties through their respective attorneys of record, hereby stipulate as follows:

1. Plaintiff and Cross-Defendant United Investors Life Insurance Company ("UILIC") has satisfied the judgment entered in the above matter on November 9, 2007, in full.

2. Cross-Plaintiff and Defendant Donna Grant has filed an Acknowledgment of Full Satisfaction of Judgment.

3. As a result, the parties agree that the supersedeas bond posted in this matter by UILIC should be exonerated.

4. The parties request that the court enter an order exonerating the supersedeas bond posted by UILIC.

DATED: September 8, 2010

REED SMITH LLP

By    /s/ (as authorized on September 8, 2010)
Raymond A. Cardozo
Attorneys for Plaintiff and Cross-Defendant
United Investors Life Insurance Company

DATED: September 9, 2010.

LAW OFFICES OF TIM A. PORI

By    /s/ Tim A. Pori
Tim A. Pori
Defendant/Cross-Plaintiff
DONNA GRANT

IT IS SO ORDERED.  THE SUPERSEDEAS BOND IS EXONERATED.

Dated: September 16, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE